JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VICTOR HUGO TAPIA,** ) | **NO. SACV 17-371-CJC (KS)** |
| **Petitioner,** ) | |
| ) | |
| **v.** ) | **JUDGMENT** |
| ) | |
| ) | |
| **DEBBIE ASUNCION,** ) | |
| **Respondent.** ) | |

Pursuant to the Court's Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: July 5, 2017

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE